UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SIGNATURE SOTHEBY'S
INTERNATIONAL REALTY, INC.,
EXECUTIVE PROPERTY
MAINTENANCE, INC., INTRACO
CORPORATION, INC., CASITE
INTRACO, LLC, BAHASH &
COMPANY, LLC, d/b/a HILLSDALE
JEWELERS, WILLIAM A. SHORTT,
D.D.S., & THERESE F. SHORTT,
D.D.S., d/b/a SHORTT DENTAL,
and MIDWEST CARWASH
ASSOCIATION,

    Plaintiffs,

v

GRETCHEN E. WHITMER and
ROBERT GORDON,

    Defendants.

No. 1:20-cv-00360

HON. PAUL L. MALONEY

MAG. PHILLIP J. GREEN

---

| | |
|---|---|
| Daniel J. McCarthy (P59457) | John G. Fedynsky (P65232) |
| Joseph E. Richotte (P70902) | Joshua O. Booth (P53847) |
| Butzel Long, P.C. | Joseph Froehlich (P71887) |
| Attorneys for Plaintiffs | Christopher M. Allen (P75329) |
| 150 W. Jefferson Avenue, Ste. 100 | Darrin F. Fowler (P53464) |
| Detroit, MI 48226 | Assistant Attorneys General |
| (313) 225-7000 | Attorneys for Defendants |
| mccarthyd@butzel.com | Michigan Dep't of Attorney General |
| richotte@butzel.com | State Operations Division |
| | P.O. Box 30754 |
| | Lansing, MI 48909 |
| | (517) 335-7573 |
| | fedynskyj@michigan.gov |
| | boothj2@michigan.gov |
| | froehlichj1@michigan.gov |
| | allenc28@michigan.gov |
| | fowlerd1@michigan.gov |

---

**STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE
AND WITHOUT COSTS**

The Complaint filed by Plaintiffs is dismissed without prejudice and without costs or attorneys' fees to any party.  This is a final order and closes the case.

SO STIPULATED.

| | |
|---|---|
| */s/ Joseph E. Richotte (with permission)* | */s/ John G. Fedynsky* |
| JOSEPH E. RICHOTTE (P70902) | John G. Fedynsky (P65232) |
| DANIEL J. McCARTHY (P59457) | Assistant Attorney General |
| Stoneridge West | Michigan Dep't of Attorney General |
| 41000 Woodward Avenue | State Operations Division |
| Bloomfield Hills, Michigan 48304 | P.O. Box 30754 |
| (248) 258-1616 | Lansing, MI 48909 |
| mccarthyd@butzel.com | fedynskyj@michigan.gov |
| richotte@butzel.com | *Counsel for Governor Whitmer &* |
| *Counsel for Paul Mitchell III* | *Director Gordon* |

Dated: December 1, 2020                              Dated: December 1, 2020

**SO ORDERED.**

Dated:  December  2  , 2020                       /s/ Paul L. Maloney
                                                              HON. PAUL L. MALONEY
                                                              United States District Judge